# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2006

130068

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KELLY AND RONALD HUNTSMAN, et al,
       Plaintiffs-Appellees,

v

                                       SC: 130068
                                       COA: 262216
                                       Roscommon CC: 04-724629-CZ

GERRISH TOWNSHIP, et al,
       Defendants,

and

PHILIP WILL, et al,
       Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the October 6, 2005 order of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2006

p0809

                                        Clerk